**Amarjeet SINGH, also known as Rajinder Singh, Petitioner,**

v.

**Eric H. HOLDER, Jr., Attorney General of the United States, Respondent.**

**No. 10–1826.**

United States Court of Appeals, Eighth Circuit.

Submitted: Oct. 27, 2010.

Filed: Oct. 29, 2010.

Amarjeet Singh, La Porte, IN, pro se.

Scott Baniecke, U.S. Immigration & Naturalization Service, Bloomington, MN, Karen Yolanda Drummond, Richard M. Evans, Anthony John Messuri, Annette

---

1. The Honorable Richard E. Dorr, United States District Judge for the Western District of Missouri.

Marie Wietecha, U.S. Department of Justice, Washington, DC, for Respondent.

Before LOKEN, MURPHY, and BENTON, Circuit Judges.

PER CURIAM.

Amarjeet Singh, also known as Rajinder Singh, petitions for review of an order of the Board of Immigration Appeals (BIA) that affirmed an immigration judge's denial of his motion to reopen removal proceedings. After careful review, we conclude that the BIA acted within its discretion. *See Rodriguez–Cuate v. Gonzales*, 444 F.3d 1015, 1018–19 (8th Cir. 2006) (standard of review). Accordingly, we deny the petition for review.